PROB 12C
(7/93)

Report Date: February 21, 2012

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miles Standingrock	Case Number: 2:11CR00001-001

Address of Offender: Spokane Tribal Jail: Building 249, Agency Square, Wellpinit, WA 99040

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 8/8/2011

Original Offense:  Theft, 18 U.S.C. § 1153(a), and 661

Original Sentence:  Prison - 7 Months;	Type of Supervision: Supervised Release
TSR - 36 Months

Asst. U.S. Attorney:  Rudolf Verschoor	Date Supervision Commenced: 8/23/2011

Defense Attorney:  Thomas E. Cooney	Date Supervision Expires: 8/22/2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On February 17, 2012, Miles Standingrock was a passenger in a vehicle that was stopped by the Spokane Tribal Police Department. Another passenger in the vehicle was identified as Craig D. Flett, who is a convicted felon. |
| 2 | **Special Condition # 20**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: On February 17, 2012, at 2:40 p.m., Spokane Tribal Police conducted a traffic stop of which all occupants in the vehicle were found to be intoxicated. One of the occupants was identified as Miles Standingrock. Mr. Standingrock appeared to be extremely intoxicated, with bloodshot, watery eyes, and had problems inserting a cigarette into his mouth. When exiting the vehicle, he had trouble standing without swaying, and had a strong odor of intoxicating liquor coming from his breath. A records check conducted by tribal police, reflected Mr. Standingrock's conditions of supervision that prohibited him from |

Prob12C
**Re:  Standingrock, Miles**
**February 21, 2012**
**Page 2**

consuming alcohol.  He was subsequently arrested under tribal code for violating a court order.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
| Executed on: | 02/21/2012 |
|  | s/Richard Law |
|  | Richard Law<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

s/ Fred Van Sickle

Signature of Judicial Officer

02/22/12

Date